■ JAMES D. GREENFIELD, Appellant, v GERALD MEYERS, Doing Business as MCDONALD'S RESTAURANT, Respondent and Third-Party Plaintiff-Respondent. COMCAST SOUND COMMUNICATIONS, INC., Third-Party Defendant-Respondent.—Order unanimously affirmed with costs for reasons stated in memo-

randum decision at Special Term, Rath, J. (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Green, Pine and Davis, JJ.